FILED

01/21/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0352

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0352

_____

IN THE MATTER OF:

S.L.H.

    Respondent and Appellant.

_____

ORDER

_____

Upon consideration of Appellant's 15th motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until February 20, 2025, to prepare, file, and serve Appellant's opening brief.

No further extensions will be granted absent good cause notice by the Appellate Defender.

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 21 2025